IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARVIN WALKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAPT. DAVID MASCIELLINO, ET AL. | : | NO.  22-443 |

## ORDER

**AND NOW**, this 15th day of August, 2023, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 19), all documents filed in connection therewith, and the Hearing held on August 8, 2023, **IT IS HEREBY ORDERED** as follows:

1.      Defendants' Motion for Summary Judgment is **GRANTED**.

2.      **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

3.      The Clerk shall **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.